UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Adam Owen and Suzanne Owen          Case No. 12-34695

                                                               Hon. Opperman

                                                               CHAPTER 13

_____/

## OBJECTION TO PROOF OF CLAIM OF GENESYS REGIONAL MEDICAL CENTER

     Now come the Debtors Adam Owen and Suzanne Owen, by and through her attorney, Jesse R. Sweeney, and hereby bring this Objection to Proof of Claim of Genesys Regional Medical Center and state as follows:

1.      That the Debtor(s) in this case filed for protection under Chapter 13 of the Bankruptcy Code on November 30, 2012;

2.      That on December 14, 2012 Genesys Regional Medical Center filed a Proof of Claim, also known as Claim No. 1, with this Court for alleged debt incurred in the amount of $11,104.37.

3.      That Genesys Regional Medical Center failed to attach documentation showing anything evidencing the underlying contract except a generic printout generated by their own agency showing, among other general items, the account balances.

4.      That Sections 501 and 502 of the Bankruptcy Code and Bankruptcy Rule 3001 provide that "a party correctly filing a proof of claim is deemed to have established a prima facie case against the debtor's assets/" In re Fidelity Holding Co., Ltd., 837 F.2d 696, 698 (5th Cir. 1988);

5.      That Bankruptcy Rule 3001(a) provides that "a proof of claim shall conform substantially to the appropriate Official Form.";

6.      That Bankruptcy Rule 3001(c) provides that the original or a duplicate of a writing "shall be filed with the proof of claim, "if the claim is based on a writing";

7.      That Official Form 9 provides that the creditor must attach copies of supporting documents, unless not available or voluminous;

8.      That in the instant case, Genesys Regional Medical Center has failed to attach the documentation required by Bankruptcy Rule 3001(a) and (c), and Official Form 9 since they failed to attach a copy of a Contract, billing statement, and accounting of payments received;

9.      That Genesys Regional Medical Center has failed to comply with the Bankruptcy Code and Rules to keep costs down despite the fact that they have demonstrated eagerness to be paid by the Debtors, who are just barely making ends meet through a Chapter 13 bankruptcy;

10.     That although the self-generated printouts of account balances Genesys Regional Medical Center attached to the claim total $6,305.33, the claim is filed in the amount of $11,104.37, with no explanation for the $4,799.04 in additional charges included in the claim.

11.     That the failure of Genesys Regional Medical Center to provide the necessary documents does not provide a prima facie case against the debtor's assets and therefore such objection should be sustained;

12.     That the failure of Genesys Regional Medical Center to provide the necessary documentation does not evidence the validity or amount of their claim;

      WHEREFORE the Debtors respectfully request from this Honorable Court sustain the Objection to Proof of Claim and disallow Claim No. 1 filed by Genesys Regional Medical Center, and grant whatever other relief this Court deems equitable and just.

      a.    That the Proof of Claim objection against Genesys Regional Medical Center, be sustained, the claim of Genesys Regional Medical Center, also known as Claim number 1 in the amount of $11,104.37 be disallowed and the Chapter 13 Trustee shall not be required to return or recoup any funds already remitted to this creditor.

Respectfully Submitted,

DATE: December 27, 2012

/s/ Jesse R. Sweeney
Jesse R. Sweeney (P60941)
Sweeney Law Offices, P.L.L.C.
Attorney for Debtor
30555 Southfield Road, Suite 400
Southfield, MI 48076
(586) 909-8017
sweeneylaw2005@yahoo.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Adam Owen and Suzanne Owen       Case No. 12-34695

Hon. Opperman

CHAPTER 13

_____/

ORDER SUSTAINING OBJECTION AGAINST GENESYS REGIONAL MEDICAL CENTER

Upon the reading and filing of Attorney for Debtors, JESSE R. SWEENEY's Objection to Proof of Claim, and no responses having been filed to the said Objection, and no appearances on the date and time of the hearing;

IT IS HEREBY ORDERED:

1. That the Proof of Claim objection against Genesys Regional Medical Center, be sustained, the claim of Genesys Regional Medical Center, also known as Claim number 1 in the amount of $11,104.37 be disallowed and the Chapter 13 Trustee shall not be required to return or recoup any funds already remitted to this creditor.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Adam Owen and Suzanne Owen     Case No. 12-34695

                                      Hon. Opperman

                                      CHAPTER 13

_____/

NOTICE OF OBJECTION TO PROOF OF CLAIM FILED BY GENESYS REGIONAL MEDICAL CENTER

JESSE R. SWEENEY, Attorney for Debtor(s), has filed papers with the Court objecting to a Proof of Claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE NOTICE that the attached Objection is scheduled to be heard on **February 12, 2013** at **10:00am** by the **Honorable Daniel S. Opperman** at the **US Bankruptcy Court located at 226 West Second St., Flint, MI 48502**, or as soon thereafter as counsel may be heard.

If you do not want the Court to award the requested relief, or if you want the court to consider your views on the Objection, on or before 7 days prior to the hearing date above, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

    United States Bankruptcy Court
    226 West Second St.
    Flint, MI 48502

    If you mail your response to the court for filing, you must
    mail it early enough so the court will **receive** it on or before
    the date stated above.

    You must also mail a copy to:

| | |
|---|---|
| SWEENEY LAW OFFICES, P.C. | Carl Bekofske |
| Jesse R. Sweeney | 400 North Saginaw Street |
| Attorney for Debtor(s) | Flint, MI 48502 |
| 30555 Southfield Road, Suite 400 | |
| Southfield, MI 48076 | |

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.**

Dated:  December 27, 2012                    /s/  Jesse R. Sweeney
                                             JESSE R. SWEENEY   (P60941)
                                             SWEENEY LAW OFFICES, P.L.L.C.
                                             30555 Southfield Road, Suite 400
                                             Southfield, MI 48076
                                             sweeneylaw2005@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Adam Owen and Suzanne Owen     Case No. 12-34695

                                                                                    Hon. Opperman

                                                                                    CHAPTER 13

## CERTIFICATE OF SERVICE

       The undersigned declares that on December 27, 2012, he served copies of the Debtors Objection to Claim of Genesys Regional Medical Center, and the Notice of Objection and Hearing either electronically or by depositing the same in the United States Mail, postage fully prepaid, and addressed as follows:

| | |
|---|---|
| Carl Bekofske<br>400 North Saginaw Street<br>Flint, MI 48502 | United States Bankruptcy Court<br>226 West Second St.<br>Flint, MI 48502 |

Genesys Regional Medical Center
One Genesys Parkway
Grand Blanc MI 48439

                                            /s/ Jesse R. Sweeney
                                            JESSE R. SWEENEY
                                            Attorney for Debtor(s)
                                            30555 Southfield Road, Suite 400
                                            Southfield, MI 48076
                                            (586)909-8017
                                            sweeneylaw2005@yahoo.com